UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TINA ROBINSON,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　**Case No: 8:24-cv-828-WFJ-AAS**

**3M COMPANY and**
**ARIZANT HEALTHCARE, INC.,**

    **Defendant.**
_____/

**<u>ORDER</u>**

The court held a case management videoconference. (Doc. 39). As stated on the record at the hearing:

(1) Ms. Robinson is directed to file a motion for leave to file an amended complaint, not to exceed ten pages, by **June 18, 2024**. Ms. Robinson is directed to attach a copy of the draft amended complaint with the motion. The Defendants are directed to file a response, not to exceed ten pages, by **July 2, 2024**. Ms. Robinson may file a five-page reply to the defendants' response by **July 12, 2024**.

(2) The deadline for expert rebuttal is **December 13, 2024**.

(3) Each side is limited to serving 35 interrogatories and 50 requests for production.

(4) The defendants' oral motion for the parties to split the cost for treater depositions is **DENIED**. The party noticing the deposition is the party responsible for payment. The party noticing the deposition will also be responsible for payment of the reasonable time spent on cross-examination.

(5) Ms. Robinson's oral motion "to reopen MDL discovery" is **DENIED without prejudice**. If Ms. Robinson wishes to request this relief via a written motion, she must file the motion by **July 2, 2024**. The defendants' response to Ms. Robinson's motion is due by **July 19, 2024**.

(6) There will not be a limit on case-specific experts at this time. Once the experts have been disclosed, Ms. Robinson may raise the issue in a motion if necessary.

**ORDERED** in Tampa, Florida on June 7, 2024.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge